■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY LEYBA, Appellant. [947 NYS2d 914]

Contrary to the defendant's contention, the resentence imposed by the Supreme Court was not excessive (*see People v Gonzalez*, 64 AD3d 789, 790 [2009]; *People v Lara*, 61 AD3d 894 [2009]; *People v Bens*, 61 AD3d 694 [2009]; *People v Auguste*, 52 AD3d 619 [2008]; *People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Eng, Lott and Miller, JJ., concur.